579 F.2d 641
 84 Lab.Cas. P 10,929
 Ryals
v.
Azalea City Racing Club, Inc.***
 No. 78-1048
 United States Court of Appeals, Fifth Circuit
 8/24/78
 S.D.Ala., 443 F.Supp. 146
 AFFIRMED
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 **
 Local Rule 21 case; see NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966